|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CYNTHIA HOPSON., | No.  1:15-cv-1480----MJS |
|---|---|
| Plaintiff, |  |
| v. | **ORDER DISMISSING BAR F PRODUCTS INCORPORATED and DIRECTING THE CLERK OF COURT TO TERMINATE DEFENDANT** |
| BAR F PRODUCTS INCOPORATED, as an entity, and doing business as "Grizzly Rock Café & Grill", KHATRI BROTHERS, a general partnership, ANIL KHATRI, as an individual, and as a partner of the Khatri Brothers Partnership and DOES 1-10, inclusive, |  |
| Defendant. |  |

On February 4, 2016, Plaintiff filed a Notice of Dismissal as to Bar F Products Incorporated, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) which provides in relevant part:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal  before the opposing party serves either an answer or a motion for summary of judgment.

///

1

Such a Rule 41 (a)(1) notice of dismissal "automatically terminates the action as to the defendants who are subjects of the notice." *Wilson v. City of San Jose,* 111F. 3d 688, 692 (9th Cir. 1997).

Plaintiff's Notice of Dismissal complies with the provisions of Rule 41 (a)(1)(A)(i). Accordingly, it is ORDERED that Bar F Products Incorporated, be DISMISSED with prejudice and the Clerk shall terminate defendant from the above noted action.

IT IS SO ORDERED.

Dated:   February 5, 2016         /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE