1 DANIEL MALAKAUSKAS, SBN 265903
2 P.O. Box 7006
   Stockton, CA 95267
3 Telephone: (866) 790-2242
   Facsimile: (888) 802-2440
4
5 Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA,**

**FRESNO DIVISION**

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **FRANK SANDERS**, as an individual, and doing business as "Grizzly Rock Café & Grill", **KHATRI BROTHERS**, a general partnership, **ANIL KHATRI**, as an individual, and as a partner of the Khatri Brothers Partnership and DOES 1-10, inclusive, <br><br> DEFENDANTS. | **CASE NO.: 1:15-cv-1480-MJS** <br><br> **MOTION FOR CONTINUANCE OF RULE 26 CONFERENCE, OR STATUS CONFERENCE REGARDING MAGISTRATE CONSENT AND ORDER GRANTING THEREOF** <br><br> Date:  May 26th, 2016 <br><br> Time: 11:00 a.m. <br> Courtroom: 6 <br><br> Judge: Michael J. Seng |

**PLEASE TAKE NOTICE**, that Plaintiff, CYNTHIA HOSPON, through her attorney, Daniel Malakauskas, Esq. requests that the Rule 26 conference, and Status Conference regarding Magistrate Cosent, scheduled for May 26th, 2016 is continued thirty (30) days to allow the Defendants time to Answer, and for the parties to meet and confer.

I, DANIEL MALAKAUSKAS, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

---

**Request for Continuance of Rule 26 Conference, and Status Conference Regarding Magistrate Consent, and Order Granting Thereof**

1

1.     I am an attorney representing the plaintiff, Cynthia Hopson, in this lawsuit. I am competent to testify and am personally familiar with the facts of this case. I became personally familiar with the facts of this case either through my own personal knowledge, information my client and, or, private investigator, and, or, process server, and, or, records researcher gave me, or be reviewing the Court's case file. If called to testify, I would testify as follows:

2.     On September 30th, 2015, I filed the complaint that initiated this action.

3.     On September 30th, 2015, the Court set a Rule 26 Status Conference for January 7th, 2016.

4.     At my request, on December 29th, 2015, the Court continued the Rule 26 Status Conference from January 7th, 2016 until February 11th, 2016.

5.     After serving the Defendants, BAR F PRODUCTS, INCORPORATED, KHATRI BROTHERS, and ANIL KHATRI, I was contacted by attorney Mark R. Mittelman. Mr. Mittelman informed me that he represented the Defendants. However, Mr. Mittelman stated that BAR F PRODUCTS INCORPORATED was not the proper tenant and that FRANK SANDERS was the proper tenant.

6.     We discussed amending the complaint.

7.     After our discussions Mr. Mittelman agreed to accept service on behalf of all of the Defendants in the Amended Complaint after it was filed.

8.     I filed the Amended Complaint on February 4th, 2016. I also filed a notice of dismissal as to Defendant, BAR F PRODUCTS INCORPORATED, on February 4th, 2016. While I filed the Amended Complaint, via the CM/ECF filing system, I chose the tab to add a new party and put in the proper information.

9.     On February 5th, 2016, the Court continued the Rule 26 Conference and the Conference regarding Magistrate Consent to March 24th, 2016, at 11:00 a.m.

10. I waited for the court to reissue a summons with FRANK SANDERS listed as a Defendant.

11. I was perplexed that the court did not reissue a summons, as in the past, whenever I chose the tab to add a new party and put in the proper information, when filing an Amended Complaint, the court would automatically reissue a new summons several days later.

12. After not hearing from the court and not receiving a newly issued summons, on March 3rd, 2016, I called the CM/ECF help desk for the Eastern District and inquired as to the status of the summons that was to be re-issued.

13. As a result of my phone call, the court issued a new summons on March 3rd, 2016.

14. After receiving the newly issued summons, On March 16th, 2016, I subsequently sent to Mr. Mittelman, via electronic mail and postal mail: 1) Notice of a Lawsuit and Request for Defendants to Waive the Service of Summons; 2) two copies of the Waiver of Service of Summons by Defendants; 3) Summons on Anil Khatri and Khatri Brothers; 4) Summons on Frank Sanders; 5) First Amended Complaint; 6) Civil Case Cover Sheet; 7) Order Setting Case to Sacramento Judge; 8) Notice of Availability—Voluntary Resolution Dispute; 9) Notice of Availability of Magistrate Judge and Consent Form; 10) Order Setting Mandatory Scheduling Conference; 11) ADA disclosures and Access Litigation Notices; 12) and a prepaid means of returning one signed copy of the Waiver of Service of Summons by Defendants to the Plaintiff.

15. Since Mr. Mittelman had agreed to waive service on his clients, under Fed. R. Civ. P. 4(d)(3), Mr. Mittelman had sixty (60) days to file an Answer to the First Amended Complaint.  Therefore, I asked that this Rule 26 Conference be continued for (60) sixty days.

16. On March 23rd, 2016, The court continued the rule 26 conference from March 24th, 2016 to May 26th, 2016

**Request for Continuance of Rule 26 Conference, and Status Conference Regarding Magistrate Consent, and Order Granting Thereof**

3

16. After not hearing from Mr. Mittelman, nor receiving a copy of the waiver in the mail, I decided called Mr. Mittelman's office on May 11th, 2016. I was unable to get a hold of Mr. Mittelman so I sent him an email asking him the status of the waiver.

17. In the meantime, I decided to hire a process server to serve the Defendants.

18. On May 18th, 2016, I received an email from Mr. Mittelman stating that he would get the waiver out as soon as possible, and that I should call him.

19. On May 19th, 2016, I called Mr. Mittelman. We spoke over the telephone. Mr. Mittelman explained to me that his client had been out of town and he had great difficulty connecting with his client. He informed me that his client had returned and he intended on filing a waiver. In addition, Mr. Mittelman informed me that he would not need a full sixty days to file an Answer.

20. Therefore, I ask that this court continue the Rule 26 Conference and Status Conference regarding Magistrate Consent, by thirty (30) days, so that Mr. Mittelman, on behalf of his clients, may answer the Amended Complaint and that the parties may meet and confer and file a joint Rule 26.

Dated: May 19th, 2016                           Respectfully submitted,

                                                /s/Daniel Malakauskas
                                                By: Daniel Malakauskas,
                                                Attorney for Plaintiff

**Request for Continuance of Rule 26 Conference, and Status Conference Regarding Magistrate Consent, and Order Granting Thereof**

4

## **ORDER**

**IT IS HEREBY ORDERED**, that the Status Conference regarding Magistrate Judge Consent, is continued from May 26th, 2016, at 10:30 a.m., until June 22, 2016 at 4:00 PM. The parties are directed to connect to the conference by dialing 1-888-204-5984 and entering access code 4446176, prior to the scheduled conference.

IT IS SO ORDERED.

Dated:   May 20, 2016              /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE