UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BAR F PRODUCTS, INC., et. al.,<br><br>　　　　Defendants. | No. 1:15-CV- 1480----MJS<br><br>**ORDER RE: DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT**<br><br>**DISPOSITIVE DOCUMENTS SHALL BE FILED WITHIN 45 DAYS**<br><br>**(ECF NO. 20)** |

　　　　On July 11, 2016, Plaintiff, Cynthia Hopson, notified the Court that this matter had settled. In accordance with the provisions of Local Rule 160 (Fed. R. Civ. P. 16), the Court orders that all dispositive documents be submitted within 45 days of the date of this Order. Any request for an extension of time to comply with this Order must be filed before expiration of the time set here and and include good cause for the alleged inability to comply.

　　　　Failure to comply with this Order may be grounds for the imposition of sanctions.

ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY VACATED.

IT IS SO ORDERED.

Dated:　July 12, 2016　　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1