1
2
3

DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440
Electronic Mail: daniel@malakauskas.com

4

Attorney for PLAINTIFF

5
6
7
8
9

MARK R. MITTELMAN, SBN 96598
Law Offices of Mark R. Mittelman, APC
575 Lennon Lane, Suite 150
Walnut Creek, CA 94598
Telephone: 925-256-0677
Facsimile: 925-256-0679
Electronic Mail:mmittelman@mittellaw.com

10

Attorney for DEFENDANTS

11

12

**UNITED STATES DISTRICT COURT**

13

**EASTERN DISTRICT OF CALIFORNIA**

14

**FRESNO DIVISION**

15

16

**CYNTHIA HOPSON**,

17

18                        PLAINTIFF,

19

20        v.

21

22

23

24

**FRANK SANDERS**, as an individual, and
doing business as "Grizzly Rock Café & Grill",
**KHATRI BROTHERS**, a general partnership,
**ANIL KHATRI**, as an individual, and as a
partner of the Khatri Brothers Partnership
and DOES 1-10, inclusive,

25                        DEFENDANTS.

26

27

28

Case No.:  1:15-cv-1480-MJS

**STIPULATED DISMISSAL WITH PREJUDICE**

[Fed. R. Civ. P. 41]

        **IT IS HEREBY STIPULATED** by and between the parties in this action through their

designed counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**,

STIPULATED DISMISSAL PURSUANT TO FERDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

1

1   pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and

2   attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement

3   entered into by such parties.

4

5   Dated: October 3rd, 2016.                    /s/Daniel Malakauskas_____
                                                 By: Daniel Malakauskas,
6                                                Attorney for Plaintiff

7   Dated: October 3rd, 2016                     /s/Mark R. Mittelman_____
                                                 By: Mark R. Mittelman
8                                                Attorney for Defendants

9

10

11

12                                    **ORDER**

13       **IT IS HEREBY ORDERED** that this action be and is hereby dismissed in its entirety,

14   **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear

15

16   their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation

17   of any agreement entered into by such parties.

18

19   IT IS SO ORDERED.

20

21       Dated:    December 11, 2016        /s/ *Michael J. Seng*

22                                          UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

STIPULATED DISMISSAL PURSUANT TO FERDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

2